■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. GURBACKI, Appellant. [693 NYS2d 466] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Allegany County Court, Feeman, Jr., J.—Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Hayes, Scudder and Balio, JJ. (Filed June 9, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HERRING, Appellant, v MELVIN HOLLINS, as Superintendent of Oneida Correctional Facility, Respondent. [692 NYS2d 623] —Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.—Habeas Corpus.) Present—Denman, P. J., Green, Pine, Lawton and Balio, JJ. (Filed May 19, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HABIB JOHNSON, Appellant. [692 NYS2d 623] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Attempted Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Scudder, JJ. (Filed May 25, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEWIS KNIGHT, Appellant. [692 NYS2d 623] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Denman, P. J., Green, Pine, Lawton and Balio, JJ. (Filed May 24, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING RICHARDSON, Appellant. [693 NYS2d 466] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Forgery, 2nd Degree.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ. (Filed June 8, 1999.)